JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALFONSO GARCIA, | Case No. CV 19-8595 DSF (PVC) |
| Petitioner, | |
| v. | **JUDGMENT** |
| RAYMOND MADDEN, Warden, | |
| Respondent. | |

Pursuant to the Court's Order of Dismissal,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED:  June 22, 2020

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE